IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| UNITED STATES OF AMERICA | : | CRIMINAL NO. _____ |
|---|---|---|
| v. | : | DATE FILED:   November 18, 2009 |
| JONATHAN COBB,<br>  a/k/a "JC," | : | VIOLATIONS:<br>21 U.S.C. § 846 (conspiracy to possess |
| DAVID COBB,<br>  a/k/a "Sweat," | : | with intent to distribute 500 grams or more of cocaine - 1 count) |
| DARREN MACKLIN,<br>  a/k/a "Sporty" | : | 21 U.S.C. § 841(a) (possession with intent to distribute 500 grams or more of |
|  | : | cocaine - 1 count)<br>18 U.S.C. § 2 (aiding and abetting) |

## INDICTMENT

## COUNT ONE

THE GRAND JURY CHARGES THAT:

From on or about a date unknown to the grand jury, to on or about October 20, 2009, in the city of Chester, in the Eastern District of Pennsylvania, and elsewhere, defendants

JONATHAN COBB,
a/k/a "JC,"
DAVID COBB,
a/k/a "Sweat," and
DARREN MACKLIN,
a/k/a "Sporty,"

conspired and agreed, together and with others known and unknown to the grand jury, to knowingly and intentionally possess with intent to distribute 500 grams or more of a mixture and substance containing a detectable amount of cocaine, a Schedule II controlled substance, in violation of Title 21, United States Code, Section 841(a)(1), (b)(1)(B).

All in violation of Title 21, United States Code, Section 846.

## COUNT TWO

THE GRAND JURY FURTHER CHARGES THAT:

On or about October 20, 2009, in the city of Chester, in the Eastern District of Pennsylvania, defendants

JONATHAN COBB,
a/k/a "JC,"
DAVID COBB,
a/k/a "Sweat," and
DARREN MACKLIN,
a/k/a "Sporty,"

knowingly and intentionally possessed with intent to distribute, and aided and abetted the possession with intent to distribute of, 500 grams or more, that is, approximately 997 grams, of a mixture and substance containing a detectable amount of cocaine, a Schedule II controlled substance.

In violation of Title 21, United States Code, Section 841(a)(1), (b)(1)(B), and Title 18, United States Code, Section 2.

A TRUE BILL:

_____
GRAND JURY FOREPERSON

MICHAEL L. LEVY
United States Attorney

*No.* _____

UNITED STATES DISTRICT COURT

Eastern District of Pennsylvania

<u>Criminal Division</u>

THE UNITED STATES OF AMERICA

vs.

JONATHAN COBB a/k/a/ "JC,"
DAVID COBB, a/k/a "Sweat," and
DARREN MACKLIN, a/k/a "Sporty"

INDICTMENT

Counts
21 U.S.C. §841(a) (possession with intent to distribute 500 grams or more of cocaine - 1 count);
21 U.S.C. § 846 (conspiracy to possess with intent to distribute 500 grams or more of cocaine);
and U.S.C. §2 (aiding and abetting).

A true bill.

-----------------------------------------
Foreman

Filed in open court this _____ day,

of _____ A.D. 20 _____

-----------------------------------------
Clerk

Bail, $ _____

-----------------------------------------