ER

09-733-2

December 15, 2010

To whom this may concern,

I David Cobb inmate number (64303-066) was sentenced on "November 3, 2010 by your "Honorable Eduardo Robreno.
"Upon my sentencing agreements, it was agreed that my then attorney Roland Jarvis was to file for my "Notice of an Appeal" along with myself filing it as well. Since then, i haven't received any notice that my claim was filed.
I haven't received any information about my Direct Appeal Rights.
Whom is assigned to represent me?
Can you send me my information?
If not, can you let me know when?
I also want the record to reflect, that i no longer want Roland Jarvis Esq. to represent me as my attorney please.

Thank you
waiting for response

David V. Cobb

Order
to be filed of record


RECEIVED
DEC 23 2010