UNITED STATES COURT OF APPEALS
FOR THE THIRD CIRCUIT

No. 10-4304

UNITED STATES OF AMERICA

v.

JONATHAN COBB, a/k/a JC

JONATHAN COBB,
Appellant

No. 10-4305

UNITED STATES OF AMERICA

v.

DAVID COBB, a/k/a Sweat

DAVID COBB,
Appellant

On Appeal from the United States District Court
for the Eastern District of Pennsylvania
(Nos. 2:09-cr-00733-001 & 2:09-cr-00733-002)
District Judge: Honorable Eduardo C. Robreno

Submitted Pursuant to Third Circuit L.A.R. 34.1(a)
March 22, 2012

Before: RENDELL, FISHER and CHAGARES, <u>Circuit</u> <u>Judges</u>.

---

JUDGMENT

---

This cause came to be considered on the record from the United States District Court for the Eastern District of Pennsylvania and was submitted pursuant to Third Circuit L.A.R. 34.1(a) on March 22, 2012. On consideration whereof, it is now here

ORDERED AND ADJUDGED by this Court that the judgment of sentence of the said District Court on November 4, 2010, be and hereby is AFFIRMED. All of the above in accordance with the opinion of this Court.

Attest:


/s/ Marcia M. Waldron
Clerk

DATED:   May 25, 2012

Certified as a true copy and issued in lieu of a formal mandate on June 28, 2012

Teste: *Marcia M. Waldron*
Clerk, U.S. Court of Appeals for the Third Circuit