```
             IN THE UNITED STATES DISTRICT COURT
          FOR THE EASTERN DISTRICT OF PENNSYLVANIA
```

| | | |
|---|---|---|
| UNITED STATES | : | CRIMINAL ACTION |
| | : | NO. 09-733-01 |
| v. | : | |
| | : | CIVIL ACTION |
| JONATHAN COBB | : | NO. 13-4754 |
| | : | |

**O R D E R**

**AND NOW**, this **9th** day of **September, 2014,** upon consideration of Petitioner's pro se Motion to Vacate, Set Aside, or Correct his sentence pursuant to 28 U.S.C. § 2255 (ECF No. 221) and for the reasons set forth in the accompanying memorandum, it is hereby **ORDERED** that the motion is **GRANTED in part** and **DENIED in part** as follows:

(1) The Court **shall hold an evidentiary hearing** as to only Petitioner's claim of ineffective assistance due to Counsel's failure to inform Petitioner of the option, and benefits, of entering an open plea;[1]

(2) The balance of Petitioner's § 2255 claims are **DENIED;** and

(3) At the conclusion of the evidentiary hearing, the Court will determine whether a certificate of

---

[1] An appropriate order follows providing the date and time of the evidentiary hearing, and for appointment of counsel for Petitioner.

appealability shall issue as to any of the petitioner's claim.

**AND IT IS SO ORDERED.**


<u>**/s/ Eduardo C. Robreno**</u>
**EDUARDO C. ROBRENO,    J.**